CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for
RJLa
JUL 0 2 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL EDWARDS MILLER, #327324 | ) |
| Petitioner, | ) Civil Action No. 7:07cv00139 |
| v. | ) **FINAL ORDER** |
| GENE M. JOHNSON, Director of Virginia Department of Corrections, | ) By: Jackson L. Kiser<br>) Senior U.S. District Judge |
| Respondent. | ) |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Miller's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

ENTER: This 2nd day of July, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge